UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************************
DARREN HOFFMAN,

       Plaintiff,

   v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
*****************************************

Civil Action No. 09-0669

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. §405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sheena V. Barr, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this _____ day of April, 2010;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: April 16, 2010
Syracuse, NY

The undersigned hereby consent to the form and entry of the within order.

                                    RICHARD S. HARTUNIAN  
                                    United States Attorney

By:    /s/ Sheena V. Barr  
       Sheena V. Barr  
       Special Assistant U.S. Attorney  
       Bar No. 513983

LACHMAN & GORTON

       /s/ Peter A. Gorton  
By:  Peter A. Gorton Esq.  
       Attorney for Plaintiff  
       Bar No. 104832