# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**DAREN HOFFMAN**

      vs.                                       **CASE NUMBER: 3:09-CV-669**
                                                                                           **(FJS/DEP)**

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that upon consent of the parties the final decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). This action is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable United States Magistrate Judge David E. Peebles, dated the 16th day of April, 2010.

DATED: April 19, 2010

*Lawrence K. Baerman*
Clerk of Court

                                              s/
                                      Melissa Ennis
                                      Deputy Clerk