UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAREN HOFFMAN,

        **Plaintiff,**

    **v.**            **3:09-CV-669**
                 **(FJS/DEP)**

MICHAEL ASTRUE, Commissioner of
Social Security,

         **Defendant.**
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **LACHMAN & GORTON** | **PETER A. GORTON, ESQ.** |
| 1500 East Main Street | |
| P.O. Box 89 | |
| Endicott, New York 13761-0089 | |
| Attorneys for Plaintiff | |
| | |
| **SOCIAL SECURITY ADMINISTRATION** | **SHEENA V. BARR, SAUSA** |
| **OFFICE OF REGIONAL COUNSEL** | |
| Region II | |
| 26 Federal Plaza – Room 3904 | |
| New York, New York 10278 | |
| Attorneys for Defendant | |

**SCULLIN, Senior Judge**

### ORDER

On April 16, 2010, Magistrate Judge Peebles so ordered the parties' "Consent Order to Remand pursuant to sentence 4 of 42 U.S.C. § 405(g)." *See* Dkt. No. 18. The Court entered judgment as a result of that Consent Order, reversing Defendant's final decision and remanding the matter to Defendant for further administrative action. *See* Dkt. No. 19.

On April 29, 2010, Plaintiff filed a motion for attorney's fees pursuant to the Equal

Access to Justice Act, in which he sought attorney's fees in the amount of $5,991.37. *See* Dkt. No. 20. On May 17, 2010, Defendant filed a letter, in which he stated that he had no objection to Plaintiff's motion for attorney's fees. *See* Dkt. No. 21.

Having reviewed the parties' submissions and the applicable law and, in light of Defendant's consent to Plaintiff's motion, the Court hereby

**ORDERS** that Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is **GRANTED**; and the Court further

**ORDERS** that Defendant shall pay attorney's fees in the amount of **$5,991.37** directly to Plaintiff's counsel; and the Court further

**ORDERS** that the Clerk of the Court shall amend the judgment to reflect this award of attorney's fees.

**IT IS SO ORDERED.**

Dated: May 19, 2010
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge