UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**DAREN HOFFMAN**

vs.                                           **CASE NUMBER: 3:09-CV-669**
                                                                    **(FJS/DEP)**

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that upon consent of the parties the final decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). This action is hereby DISMISSED.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded Attorney's Fees in the amount of $5,991.37 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant is to pay the fees directly to Plaintiff's Attorney.

All of the above pursuant to the Order of the Honorable United States Magistrate Judge David E. Peebles, dated the 16th day of April, 2010 and the Order of the Honorable Senior United States District Judge Frederick J. Scullin, Jr., dated the 19th day of May, 2010.

DATED: May 19, 2010

*Lawrence K. Baerman*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk